# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>COREY HOLMES | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 5:19-CR-00010-MTT-CHW(1)<br>USM No. 01166-120<br><br>DANISHA L. MCCLARY<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    1-4    of the term of supervision.

☐ was found in violation of condition(s)      after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The person under supervision failed to obtain approval from the probation office before moving to a new residential location in violation of Standard Condition #5. | 09/15/2022 |
| 2 | The person under supervision left the judicial district without securing authorization from the probation officer in violation of Standard Condition #3. | 10/4/2022 |
| 3 | The person under supervision failed to follow the instructions of the probation officer in violation of Standard Condition #13. | 10/4/2022 |
| 4 | The person under supervision failed to report to the probation office as instructed in violation of Standard Condition #2. | 10/14/2022 |

The defendant is sentenced as provided in pages 2 through   2   . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)      and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.    9020 | November 5, 2024<br>Date of Imposition of Judgment |
| Defendant's Year of Birth: 1982 | s/ Marc T. Treadwell<br>Signature of Judge |
| City and State of Defendant's Residence:<br>Macon, Georgia | MARC T. TREADWELL<br>UNITED STATES DISTRICT JUDGE<br>Name and Title of Judge |
| | 11/5/2024<br>Date |

DEFENDANT: COREY HOLMES
CASE NUMBER: 5:19-CR-00010-MTT-CHW(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Twelve (12) months as to Count 1.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL